Filed 11/3/2020 3:53 PM
Reba Squyres, District Clerk
Angelina County, Texas
By: Kathy Claunch,
Deputy Clerk

NO. DV-00146-18-04

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN COUNTY COURT AT LAW |
| RHONDA K. FERGUSON AND | § § | NUMBER TWO |
| JESSE L. FERGUSON, JR. | § | ANGELINA COUNTY, TEXAS |

## PETITION FOR ENFORCEMENT OF PROPERTY DIVISION

1. Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2. This suit is brought by Rhonda K. Ferguson, Petitioner. The last three numbers of Rhonda K. Ferguson's driver's license number are _____. The last three numbers of Rhonda K. Ferguson's Social Security number are _____.

Respondent is Jesse L. Ferguson, Jr. Process should be served.

3. On September 19, 2018, this Court signed an order that appears in the minutes of this Court and states in relevant part as follows:

...

**Property to Petitioner**

IT IS ORDERED AND DECREED that Petitioner, Rhonda K. Ferguson, is awarded the following as her sole and separate property, and Respondent, Jesse L. Ferguson, Jr, is divested of all right, title, interest, and claim in and to that property:

P-1. The following real property, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

The home, the land on which it is located, and the access right-of-way providing ingress and egress to it, commonly referred to as 508 Hubert Cryer Road, Zavalla, Texas 75980 _____; together with all prepaid insurance, keys, and title documents.

...

**Debts to Respondent**

IT IS ORDERED AND DECREED that Respondent, Jesse L. Ferguson, Jr, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold Petitioner, Rhonda K. Ferguson, and her property harmless from any failure to so discharge, these items:

Exhibit B

Case 9:20-cv-00240-RC-KFG   Document 2   Filed 12/08/20   Page 2 of 3 PageID #: 17

> R-1. The balance due, including principal, interest, tax, and insurance escrow, on the promissory note executed by Rhonda K. Ferguson and Jesse L. Ferguson, Jr, in the original principal sum of $273,000.00, payable to Robert Chisolm, and secured by deed of trust on the real property awarded in this decree to the Petitioner and Respondent, which is recorded in the Deed of Trust Records of Angelina County, Texas.
>
> ...

Petitioner was the Petitioner and Respondent was the Respondent in the prior proceedings.

4. Respondent has failed to comply with the order described above as follows:

Violation 1. Respondent failed to pay the balance due on the on the promissory note executed by Rhonda K. Ferguson and Jesse L. Ferguson, Jr. in the original principal sum of $273,000.00, forcing Petitioner to pay the sum of $72,300.73 at the time of sale of the property awarded to her in the decree in order to release the lien on the property awarded to Petitioner.

5. Petitioner prays that the Court order Respondent to reimburse Petitioner the sum of $72,300.73, representing funds advanced by Petitioner as payoff of the note secured by the property awarded to Petitioner and to secure said sum by creating an equitable lien against the real property awarded to Respondent in the Final Decree of Divorce rendered on September 19, 2018.

6. Petitioner requests that Respondent be held in contempt, jailed, and fined for each violation alleged above, for a period of six months on each count, to run concurrently.

7. Petitioner requests that after Respondent serves his sentence for criminal contempt, Respondent be confined in the county jail for a period not to exceed eighteen months (total for civil and criminal contempt) or until Respondent complies with the order of the Court, whichever occurs first.

8. Petitioner requests that, if the Court finds that any part of the order sought to be

Exhibit B

enforced is not specific enough to be enforced by contempt, the Court enter a clarifying order more clearly specifying the duties imposed on Respondent and giving Respondent a reasonable time within which to comply.

9. Petitioner requests judgment for $72,300.73 to compensate Petitioner, which said Judgment should be secured by an equitable lien against the real property awarded to Respondent in the Final Decree of Divorce rendered on September 19, 2018.

10. It was necessary to secure the services of T. Ryan Deaton, a licensed attorney, to enforce and protect the rights of Rhonda K. Ferguson. Respondent should be ordered to pay reasonable attorney's fees, expenses, and costs, and a judgment should be rendered in favor of the attorney and against Respondent and be ordered paid directly to the undersigned attorney, who may enforce the judgment in the attorney's own name. Petitioner requests postjudgment interest as allowed by law.

Petitioner prays that citation and notice issue as required by law, that the Court render an order directing Respondent to reimburse Petitioner the sum of $72,300.737, and that Respondent be held in contempt and punished as requested, that the Court clarify any part of its prior order found not to be specific enough to be enforced by contempt, for a judgment for $3,500.00, for attorney's fees, expenses, costs, and interest, and for all further relief authorized by law.

Respectfully submitted,

DEATON LAW FIRM
103 East Denman
Lufkin, TX 75901
Tel: (936) 637-7778
Fax: (936) 637-7784

By: _T. Ryan Deaton_
T. Ryan Deaton
State Bar No. 24007095
Attorney for Rhonda K. Ferguson

Exhibit B