\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RHONDA K. FERGUSON | § | CASE NO. 9:20-CV-240 |
| v. | § | JUDGE RON CLARK |
| JESSE L. FERGUSON | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is the parties' Agreed Motion to Dismiss. (Dkt. #7). The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The court is of the opinion that it should grant this motion.

**IT IS ORDERED** that in accordance with the parties' agreed motion, all claims asserted herein are **DISMISSED** with prejudice with costs to be borne by the party incurring the same. Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.** This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

So ORDERED and SIGNED, Jan 06, 2021.

_____
Ron Clark
Senior Judge